**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1531**

─────────────

WILLIAM F. ALLEN, SR.,

                              Plaintiff - Appellant,

        versus

RONALD J. CHAPMAN, Social Security Disability
Law Judge,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (CA-99-44-1)

─────────────

Submitted: June 17, 1999          Decided: June 22, 1999

─────────────

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William F. Allen, Sr., Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Allen, Sr., appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Allen v. Chapman</u>, No. CA-99-44-1 (N.D.W. Va. Mar. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>